## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Timothy  D.  Grimm                                    CHAPTER 13
           Elizabeth A. Grimm
               Debtor(s)                        BKY. NO. 26-21741 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
14 Jul 2026, 16:36:26, EDT

Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: d8b87f5a3118f889fa0d0a933a4984777ef07b6617aaf28c8aa20b5710fddeb4