Certificate Number: 20611-PAW-DE-041275900

Bankruptcy Case Number: 26-21741



20611-PAW-DE-041275900

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2026, at 2:47 o'clock PM EDT, Elizabeth A Grimm completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  August 1, 2026          By:    /s/Kathleen B Mills

Name:  Kathleen B Mills

Title:   TEN Financial Educator