Certificate Number: 20611-PAW-DE-041278793

Bankruptcy Case Number: 26-21741



20611-PAW-DE-041278793

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 2, 2026, at 1:22 o'clock PM EDT, Timothy D Grimm completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 3, 2026                    By:     /s/Consuelo V Gerhardt

Name:   Consuelo V Gerhardt

Title:   Financial Educator