IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timothy D. Grimm | ) | Bankruptcy No. 26-21741-JCM |
| Elizabeth A. Grimm, | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Docket No. |
| Timothy D. Grimm | ) | |
| Elizabeth A. Grimm, | ) | |
| Movant(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Respondent(s) | ) | |
| | ) | |

**NOTICE OF PLAN PAYMENT VIA TFS**

Timothy D. Grimm and Elizabeth A. Grimm, the Debtors, respectfully represents as follows:

1. A Chapter 13 case was filed on June 25, 2026.

2. Debtor desires to make her Plan payments via TFS, has registered with TFS and has taken all necessary steps to initiate the Plan payments to the Trustee through TFS.

WHEREFORE, Timothy D. Grimm and Elizabeth A. Grimm, the Debtors, respectfully files this Notice of Plan Payment via TFS in compliance with W.P.A.LBR 3015-2(i).

Respectfully submitted,

August 28, 2026
Date

/s/Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
Steidl & Steinberg, P.C.
436 Seventh Ave, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
PA.I.D. No. 208402
chris.frye@steidl-steinberg.com